AZARIAH WILSON, Respondent, v. THE CITY OF SYRACUSE, Appellant.

(Submitted October 6, 1881; decided October 11, 1881.)

*Martin A. Knapp* for appellant.

*D. Pratt* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

----

JOHN SCHREYER, Executor, etc., Appellant, v. FREDERICK C. BAUERNSCHMIDT, Respondent.

(Argued October 11, 1881; decided October 18, 1881.)

*William G. McCrae* for appellant.

*Henry Wehle* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.